UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JINGANG YANG,

                                  Plaintiff,

        -v-

BRITANNICA HOME FASHIONS, INC.,

                               Defendant.

25 Civ. 6898 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On October 21, 2025, this Court ordered Jingang Yang ("Yang") to show cause, by November 4, 2025, as to why the above-captioned action should not be dismissed for failure to prosecute. Dkt. 10. On October 27, 2025, Britannica Home Fashions, Inc. ("Britannica") appeared in this action. Dkt. 11. On October 28, 2025, the Court granted the parties' stipulation to extend the deadline for Britannica to answer in this action to November 17, 2025. Dkt. 12. On November 4, 2025, Yang notified the Court that in light of defendant's appearance and the stipulated answer date, Yang does not intend to move for default judgment at this time. Dkt. 13. Accordingly, the Court discharges Yang from taking further steps to comply with its October 21, 2025 Order.

        SO ORDERED.

                                            *Paul A. Engelmayer*
                                            _____
                                            PAUL A. ENGELMAYER
                                            United States District Judge

Dated: November 5, 2025
       New York, New York