UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JINGANG YANG,<br><br>                              Plaintiff,<br>        -v-<br><br>BRITANNICA HOME FASHIONS, INC.,<br><br>                              Defendant. | 25 Civ. 6898 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

An initial pretrial conference in this matter is presently scheduled for December 19, 2025 at 11:00. Dkt. 18. Due to a conflict with the Court's schedule, that conference is adjourned to December 19, 2025 at 4:00 pm. The deadline for the parties' joint letter and case management plan remains unchanged. *See* Dkt. 18. The parties should call into the Court's dedicated conference line at (855) 244-8681, and enter Access Code 2318-315-0661, followed by the pound (#) key. **Counsel are directed to review the Court's Individual Rules and Practices**, https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

SO ORDERED.

*Paul A. Engelmayer*

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: December 5, 2025
      New York, New York