# GLACIER LAW LLP

41 MADISON AVENUE, SUITE 2529,
NEW YORK, 10010
EMAIL: WEI.WANG@GLACIER.LAW
WEB: WWW.GLACIER.LAW

**January 8, 2026**

**<u>Via Electronic Case Filing</u>**

Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

> Plaintiff's request at Dkt. No. 27 is **GRANTED**.  The parties' deadline to serve initial requests for the production of documents is **EXTENDED** to **January 23, 2026**.  Further, the telephone conference previously scheduled for January 9, 2026 at 11:30 a.m. ET, (Dkt. No. 24), is **ADJOURNED** to **February 5, 2026 at 3:30 p.m. ET** on the Court's conference line.  The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.  The parties shall be prepared to discuss their availability, and that of their clients, for a Settlement Conference, as well as their preferred format for the Settlement Conference (in-person, by telephone, or by videoconference hosted either by the Court on Webex or by the parties on an alternative platform).
>
> The Clerk of Court is respectfully directed to close Dkt. No. 27.
>
> SO ORDERED.    January 8, 2026
>
> SARAH L. CAVE
> United States Magistrate Judge

Re: *Jingang Yang v. Britannica Home Fashions, Inc.*
Case No: 25-CV-6898(PAE)

Dear Judge Cave:

We represent Plaintiff Jingang Yang in the above-referenced matter. Plaintiff respectfully requests (i) a fourteen (14) day extension of the deadline for the parties to serve their initial requests for production of documents, and (ii) adjournment of the telephone conference currently scheduled for January 9, 2026.

On December 22, 2025, the Court entered the Case Management Plan and Scheduling Order requiring the parties to serve initial requests for production of documents by January 9, 2026. (Dkt. 22.) On the same day, the Court scheduled a telephone conference for January 9, 2026 at 11:30 a.m. ET. (Dkt. 24.)

On January 2, 2026, Defendant requested an extension of the deadline to exchange initial disclosures to January 14, 2026, and Plaintiff consented.

On January 7, 2026, Plaintiff advised undersigned counsel that Plaintiff intends to substitute counsel and that new counsel expects to appear shortly. In light of this transition, Plaintiff respectfully requests a 14-day extension of the deadline to serve initial document requests—from January 9, 2026 to January 23, 2026—and that the January 9, 2026 telephone conference be adjourned to a later date to allow new counsel adequate time to get up to speed and participate meaningfully. Plaintiff does not seek to modify any other deadlines at this time.

Plaintiff has conferred with Defendant's counsel, who indicated that Defendant does not oppose this request. This is Plaintiff's first request for an extension in this case. This extension of time would not affect any other dates.

We thank the Court for its time and attention to this matter and for considering this request.

Respectfully submitted

By: /s/ Wei Wang

Wei Wang
Glacier Law LLP
41 Madison Avenue, Suite 2529
New York, NY 10010
(212) 729-5073

Cc: Via ECF Counsel of Record