UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JINGANG YANG,

Plaintiff,

-v-

BRITANNICA HOME FASHIONS, INC.,

Defendant.

25 Civ. 6898 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On September 28, 2026, Joseph Farco, Esq. moved to withdraw as counsel of record for plaintiff in the above-captioned case. Dkt. 52. On October 1, 2026, the Court "defer[red]" ruling on the motion "until plaintiff, with counsel's assistance, files (1) a motion for permission to file via ECF and (2) a notice of appearance *pro se* on the docket of this case; or until plaintiff obtains successor counsel." Dkt. 53. The Court directed Mr. Farco "to promptly advise plaintiff of these options" and, if plaintiff had neither made the requisite filings nor retained successor counsel within seven days, to "promptly submit a status update to the Court." *Id.*

On October 8, 2026, the Court received an email from Mr. Farco's law firm stating that plaintiff "has been non-responsive to [the firm's] attempts to contact him" and that the firm is "continuing [its] efforts to reach" plaintiff.

Accordingly, the Court directs Mr. Farco to continue his efforts to contact plaintiff and file another status update by October 16, 2026.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: October 9, 2026
New York, New York