UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JINGANG YANG,

Plaintiff,

-v-

BRITANNICA HOME FASHIONS, INC.,

Defendant.

25 Civ. 6898 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On September 28, 2026, Joseph Farco, Esq. moved to withdraw as counsel of record for plaintiff in the above-captioned case. Dkt. 52. On October 1, 2026, the Court "defer[red]" ruling on the motion "until plaintiff, with counsel's assistance, files (1) a motion for permission to file via ECF and (2) a notice of appearance *pro se* on the docket of this case; or until plaintiff obtains successor counsel." Dkt. 53.

On October 8, 2026, Mr. Farco's law firm emailed Chambers stating that plaintiff was "non-responsive to [the firm's] attempts to contact him." On October 16, 2026, Mr. Farco submitted another status update stating that, despite being advised of the Court's October 1 directive "on multiple occasions, including on October 5, October 9, October 10, and October 12, 2026," plaintiff still "has not advised that he has retained successor counsel, and no successor counsel has appeared." Dkt. 55.

Accordingly, Mr. Farco is directed to promptly assist plaintiff in completing and emailing the attached Consent to Electronic Service Form to **ProSe@nysd.uscourts.gov**, copying **EngelmayerNYSDChambers@nysd.uscourts.gov**. Mr. Farco is further directed to advise plaintiff that, if plaintiff does not retain successor counsel, he may submit future filings by

emailing them to **ProSe@nysd.uscourts.gov**, and that he should consult **https://nysd.uscourts.gov/prose** for additional resources available to *pro se* litigants.

Upon Mr. Farco's completion of these steps, the Court expects to grant his motion to withdraw as counsel. The Court recognizes the difficulties Mr. Farco has encountered and appreciates his efforts under the circumstances.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: October 19, 2026
New York, New York

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;
2. I have established a PACER account;
3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;
4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;
5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and
6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

Please list all your pending and terminated cases to which you would like this consent to apply. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

Jingang Yang v. Britannica Home Fashions, Inc., 25-CV-06898 (PAE)

Yang, Jingang

Name (Last, First, MI)

Address City State Zip Code

Telephone Number E-mail Address

Date Signature

Click Here to Save