UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JINGANG YANG,

Plaintiff,

-v-

BRITANNICA HOME FASHIONS, INC.,

Defendant.

25 Civ. 6898 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

A Case Management Conference is presently scheduled for November 5, 2026 at 10 a.m. Dkt. 41. On September 28, 2026, before discovery closed, plaintiff's sole counsel moved to withdraw as counsel of record and represented to the Court that plaintiff no longer wished to retain his services. Dkt. 52. On October 1, 9, and 19, 2026, the Court directed plaintiff's counsel to continue his efforts to contact plaintiff so that plaintiff could either register for electronic notifications and proceed *pro se* or retain successor counsel. Dkts. 53, 54, 56. To date, plaintiff's representation status remains unresolved. And plaintiff's response to defendant's motion to compel an in-person deposition is overdue. Dkt. 50.

Accordingly, the Case Management Conference is rescheduled to **December 4, 2026 at 10 a.m.** to allow the parties to resolve any outstanding issues, including plaintiff's representation status and the pending motion to compel. Two weeks before the conference, the parties shall submit a joint letter updating the Court on the status of the case.[1]

[1] If either party wishes to move for summary judgment, it must also, no later than two weeks before the Case Management Conference, request that the above-scheduled Case Management Conference serve as a pre-motion conference. To so request, the moving party shall submit a letter via ECF, not to exceed three single-spaced pages in length, setting forth the basis for the anticipated motion, including the legal standards governing the claims at issue. Other parties

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: November 3, 2026
New York, New York

shall respond similarly within one week. The Court will review and discuss with counsel any anticipated summary judgment motions at the pre-motion conference. Pursuant to the authority of Fed. R. Civ. P. 16(c)(2), any motion for summary judgment will be deemed untimely unless a timely request for a pre-motion conference relating thereto is made in writing.